UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| American Hi-Tech Park, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 09-4752 (KSH)(MAS) |
| Sunrise Development, Inc., Sunrise Senior Living, Inc., and John Doe Companies 1-100, | : **ORDER** |
| Defendants. | : |

    For the reasons set forth in the Opinion of the Court filed herewith, the motion filed by defendant Sunrise Senior Living, Inc., [D.E. 20] is denied.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

September 30, 2010